IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

M.R., *

Petitioner, *

vs. *

WARDEN, STEWART DETENTION CENTER, *et al.*, *

Respondents. *

CASE NO. 4:25-CV-454 (CDL)

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on July 23, 2026. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.[1]

IT IS SO ORDERED, this 24th day of August, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

[1] The Court construes the Government's decision not to object to the Magistrate Judge's Recommendation to be an admission that it is unlikely it will be able to remove Petitioner within the reasonably foreseeable future.