IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| MOHAMED RASHED,<br><br>Petitioner,<br><br>v.<br><br>Warden, STEWART DETENTION CENTER, *et al.*,<br><br>Respondents. | *<br>*<br>*<br>*<br>* | Case No. 4:25-cv-454-CDL-AGH |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 24, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 24th day of August, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk